

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 6 2003

JAMES W McCORMACK, CLERK
By: _____
                    DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

C. DUFF NOLAN, JR., P.A.
d/b/a NOLAN LAW FIRM                                               PLAINTIFF

v.                         No. 5-02-CV-00111 WRW

MONSANTO COMPANY,
ASGROW SEED COMPANY, LLC,
PHARMACIA BIOTECH, INC., and
PHARMACIA COMPANY                                                  DEFENDANTS

## ORDER

Defendant has requested permission to inspect Plaintiff's records with the Arkansas Supreme Court's Office of Professional Conduct, if there are any such records.

The Court, after being fully advised in the premises, denies the request. And, in fact, on mature reflection, believes that he erred in directing Plaintiff's counsel to contact the Arkansas Supreme Court's Office of Professional Conduct on nothing other than "street talk." Be that as it may, the request, as stated, denied.

IT IS SO ORDERED this 16th day of May, 2003.

_____
UNITED STATES DISTRICT COURT
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 5/19/03 BY _____

**2 5**

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

May 19, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  5:02-cv-00111.

True and correct copies of the attached were mailed by the clerk to the following:

    Patrick R. James, Esq.
    Perroni & James
    801 West Third Street
    Little Rock, AR   72201-2103

    James F. Monafo, Esq.
    Husch & Eppenberger, LLC
    190 Carondelet Plaza
    Suite 600
    St. Louis, MO   63105-3441

    Thomas DeGroot, Esq.
    Husch & Eppenberger, LLC
    190 Carondelet Plaza
    Suite 600
    St. Louis, MO   63105-3441

    Urmila P. Paranjpe, Esq.
    Husch & Eppenberger, LLC
    190 Carondelet Plaza
    Suite 600
    St. Louis, MO   63105-3441

    David P. Glover, Esq.
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 West Capitol Avenue
    Suite 1800
    Little Rock, AR   72201-3525

    Attention:     John Keeling Baker, Esq.

    press

Date: 5/19/03

James W. McCormack, Clerk

BY: _____